I would like a Defendattorney on my case Case No. 24cv188 Do to competency.

Ronell Hart
2/12/24